**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
HUNTER SEVERINI,

                           Plaintiff,                  18 **CIVIL** 2775 (ER)

            -against-                      **JUDGMENT**

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY,
                        Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2020, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
          March 27, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                       **Clerk of Court**
        **BY:**
                                           _____
                                                      **Deputy Clerk**